UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE HOME LOAN CENTER,

    Plaintiff,

v.                                      Case No. 06-10379

AMBER THOMPKINS and               HONORABLE AVERN COHN
LAWRENCE THOMPKINS,

    Defendants.

_____/

## ORDER DENYING DEFENDANT'S MOTIONS AS MOOT

This is a landlord-tenant case governed by state law.  The case is closed.

On January 27, 2006, Defendant Amber Thompkins (Thompkins), proceeding <u>pro se</u>, filed a 45-page notice of removal removing this case to this Court from the 14B District Court in Ypsilanti, Michigan.  Plaintiff The Home Loan Center (HLC) filed the complaint in state court seeking to terminate the tenancy of Defendants.

On February 2, 2006, the Court entered an order (1) finding the notice of removal to be frivolous, (2) <u>sua sponte</u> dismissing the case for lack of subject matter jurisdiction, and (3) remanding the case to Michigan's 14B District Court.

Despite the Court dismissing this case and remanding it to state court, Thompkins has filed the following papers:

- Memo regarding Intervention Under 28 U.S.C. § 2403, filed February 6, 2006;

- Motion for Subpoenas and to Compel All Attorneys and Judges to Give License and Delegation of Authority Orders, filed February 6, 2006;

- Notice of Petition and Verified Petition for Warrant of Removal from United States District Court Back to the District Court of the United States by Three-Judge Panel, filed February 10, 2006; and

- Request for Documents Under FOIA, filed February 10, 2006.

The Court no longer has jurisdiction over this case; it has been remanded to the 14B District Court in Ypsilanti, Michigan. Accordingly, Thompkins' papers are DENIED AS MOOT. Thompkins must file all future papers related to this case in state court.

SO ORDERED.

Dated: February 14, 2006
       s/Avern Cohn
       AVERN COHN
       UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 14, 2006, by electronic and/or ordinary mail.

       s/Julie Owens
       Case Manager
       (313) 234-5160